JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL - 1 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO REYES IBARRA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>LARRY SCRIBNER, Warden,<br><br>　　　　Respondent. | NO. CV 06-01943 DDP (SS)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: 7-1-08

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　DEAN D. PREGERSON
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE